

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   ANNA NICOLE GRIFFITH

Chapter 13
Case No. 05-1-1063 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $15.58 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0012 | GLEN GUATTERY<br>418 B STREET #400<br>SANTA ROSA, CA 95401-0000 | $15.58 |

Dated:   May 5, 2010

_____
CECILIA MARCELO
Receipts Administrator